UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KARL TAYLOR | No. 21 CR 640<br><br>Judge Matthew F. Kennelly |

**UNOPPOSED MOTION TO ALLOW TRANSPORT OF
CERTAIN EVIDENCE ITEMS**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court to allow the transport of firearm evidence items into the Dirksen Federal Courthouse. In support thereof, the government states as follows:

1. As part of the trial in this case, the government intends to introduce evidence of a firearm and ammunition, namely a Remington, Model R51, 9mm caliber semiautomatic pistol bearing serial number 0026796R51, along with associated ammunition.

2. The firearm will be unloaded and secured such that it is incapable of firing.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives will present this firearm to the U.S. Marshals Service for inspection prior to July 18, 2022, the start of the trial in this case.

4. On July 8, 2022, the government discussed this motion with defense counsel and defense counsel did not oppose the government's motion.

For the reasons set forth above, the government respectfully requests that this Court enter an order allowing representatives of the Bureau of Alcohol, Tobacco, Firearms and Explosives to carry the above-named firearm and ammunition into Courtroom 2103 at the Dirksen Federal Courthouse for trial.

                         Respectfully submitted,

                         JOHN R. LAUSCH, JR.
                         United States Attorney

By:   */s/ Richard M. Rothblatt*
       RICHARD M. ROTHBLATT
       MISTY N. WRIGHT
       Assistant U.S. Attorneys
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604
       (312) 353-5300