IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 21 CR 640 |
| v. | ) |
| | ) Judge Matthew F. Kennelly |
| KARL TAYLOR | ) |

## MOTION TO WITHDRAW AS COUNSEL

Now comes counsel, PIYUSH CHANDRA, FEDERAL DEFENDER PROGRAM, for defendant, KARL TAYLOR, and requests leave of the court to withdraw as counsel. The basis of this request is the following:

1. On July 19, 2022, this court concluded the jury trial in this matter.

2. After the jury announced its verdict of guilty, Mr. Taylor stated to the court that he has received ineffective assistance of counsel.

3. Given that Mr. Taylor has asserted ineffective assistance of counsel, and it is counsel's opinion that there has been a breakdown of the attorney-client relationship, counsel seeks leave to withdraw.

For the above stated reasons, it is hereby requested that the court grant this motion and appoint an attorney from the Federal Defender panel to represent Mr. Taylor in this matter.

1

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy
Executive Director


By:

_____

Piyush Chandra
Attorney for Karl Taylor



PIYUSH CHANDRA
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8337